**UNITED STATES of America, Plaintiff–Appellee**

v.

**Abel LOPEZ, Defendant–Appellant**

**No. 16–40511**

United States Court of Appeals, Fifth Circuit.

Filed: 08/01/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Abel Lopez, Ayer, MA, Pro Se.

Before DENNIS, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM: *

In 2014, Abel Lopez pleaded guilty to conspiracy to export firearms from the United States and possession of a firearm by an undocumented alien and was sentenced to a total of 180 months of imprisonment. A panel of this court dismissed Lopez's direct appeal as frivolous. *See United States v. Lopez,* 607 Fed.Appx. 422 (5th Cir. 2015). In June 2016, Lopez filed a letter with the district court that was docketed as a notice of appeal in the instant case. He now moves for appointment of counsel on appeal.

Even assuming arguendo that Lopez's letter can be liberally construed as a proper notice of appeal, it was filed almost two years after the final judgment was entered, more than a year after the last activity in the file, and well beyond the time for extending the appeal period under Federal Rule of Appellate Procedure 4(b)(4). *See* FED. R. APP. P. 4(b)(1)(A)(i), (b)(4). Moreover, Lopez has already appealed that judgment. Accordingly, the appeal is frivolous and is DISMISSED. 5TH CIR. R. 42.2. Lopez's motion for the appointment of counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.